COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Tan Duc USA v. Jimmy Tran

Appellate case number:   01-14-00539-CV

Trial court case number:  2010-48243

Trial court:                    309th District Court of Harris County

Tan Duc USA has filed a Motion to Extend Time to File Amended Brief. That motion is GRANTED to the following extent: Tan Duc USA is **ORDERED** to file its amended brief **within 30 days of the date of this order**. Due to the previous delays in this appeal, no further extensions will be granted. *See* TEX. R. APP. P. 38.6(d). If Tan Duc USA intends to file a responsive brief to the brief of Appellant Hoang-Yen Thi Dang filed on July 13, 2015, that responsive brief is due **within 30 days of the date of this order**.

Appellee/Conditional Cross-Appellant Tran has filed a Motion to Adjust Briefing Deadlines. That motion is GRANTED to the following extent: Tran's brief as appellant and response to Dang's brief is due **within 30 days of the date of this order**. Tran's response to Tan Duc USA's amended brief will be due within 30 days of the date that brief is filed.

All relief not expressly granted herein is DENIED.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                          ☒ Acting individually     ☐ Acting for the Court

Date:   August 25, 2015